IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Mary K. Moser,

    Plaintiff,

v.

                              Case No. _____

Sean W. Scott, Individually, and
W Law, P.A.

    Defendants.                  /

## DEFENDANTS' NOTICE OF FILING REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants, SEAN W. SCOTT AND W LAW, P.A. ("Defendants"), hereby give notice of removal of the case styled *Mary K. Moser v Sean W. Scott and W Law, P.A.*, Case No. 14-01752-CI-19, currently pending in Circuit Court for the Sixth Judicial Circuit in and for Pinellas County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division.  As grounds, Defendants state as follows:

    1.    SEAN W. SCOTT AND W LAW, P.A. are Defendants in a civil action brought against them in the Circuit Court for the Sixth Judicial Circuit in and for Pinellas County, Florida entitled *Mary K. Moser v Sean W. Scott and W Law, P.A.*, Case No. 14-01752-CI-19.  A copy of the Summons and Complaint, which were served upon Defendants less than thirty (30) days ago, together with all documents which were filed with the Court, are attached hereto as **Exhibit A**.  This constitutes all processes, pleadings, and orders served in that case.  A copy of the Notice being contemporaneously filed in the Sixth Judicial Circuit in and for Pinellas County, Florida is attached hereto as **Exhibit B**.

2. The Complaint purports to assert a violation of federal wage and hour laws, pursuant to 29 U.S.C. §§ 207, 215, and 216(b) ("FLSA"). The Complaint asserts a federal question under 28 U.S.C. § 1331 and is removable under 28 U.S.C. § 1441(a). This Court has jurisdiction without regard to the amount in controversy or the citizenship of the parties.

3. Venue is proper in this Court pursuant to the Local Rules of the United States District Court for the Middle District of Florida.

4. This Notice is being filed within thirty (30) days of Defendant's receipt of the Summons and Complaint and is therefore timely filed under 28 U.S.C. § 1446(a).

WHEREFORE, Defendants, SEAN W. SCOTT AND W LAW, P.A., give notice that the above action now pending against it in the Circuit Court for the Sixth Judicial Circuit in and for Pinellas County, Florida is removed therefrom to this Court.

DATED: April 11, 2014.                    Respectfully submitted by,

/s/ J. Robert McCormack
J. Robert McCormack
Florida Bar No. 864791
E-mail: bob.mccormack@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART
100 North Tampa Street, Suite 3600
Tampa, Florida 33602
T:    (813) 289-1247; Fax: (813) 289-6530
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 11, 2014, I filed the foregoing with the Clerk of Court and that a true and correct copy of the foregoing has been furnished via U.S. Mail, postage prepaid, and electronic mail upon the following:

>JOHN L. MALONEY
>3862 Central Avenue
>St. Petersburg, Florida 33711
>jlmaloneyoffice@tampabay.rr.com

>/s/ *J. Robert McCormack*
>Attorney

17579416.1